# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

LORENZO RICHARDSON,

    Plaintiff,

  v.

No. 5:11-CV-72-H

CORINDA GREENE,

JUDGMENT

    Defendant.

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** this case is DISMISSED for lack of subject matter jurisdiction. The plaintiff shall have and recover nothing of the defendant and this case is closed.

<u>This Judgment Filed and Entered on July 6, 2011, with service on:</u>

Lorenzo Richardson, Pro Se

3108 Fields Drive

Raleigh, NC 27603

<u>July 6, 2011</u>　　　　　　　　　　　　　　DENNIS P. IAVARONE, CLERK

　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa W. Lee

_____　　(By): Lisa W. Lee, Deputy Clerk